**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA** FILED -

DEC 01 2020

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

PETERS BROADCAST ENGINEERING,
INC.
426 W. LUDWIG ROAD
FORT WAYNE, INDIANA 46825

CASE NO. 1:20CV442

PLAINTIFF,

JUDGE

VS.

FRANKENMUTH INSURANCE
1 MUTUAL AVENUE
FRANKENMUTH, MI 48787-0001

JURY DEMAND
ENDORSED HEREON

AND

150 WEST MARKET STREET
SUITE 800
INDIANAPOLIS, IN 46204

DEFENDANT.

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Peters Broadcast Engineering, Inc., (hereinafter "PBE") hereby sues Defendant, Frankenmuth Insurance Company (hereinafter "Frankenmuth") and states:

## NATURE OF ACTION

1.    This Complaint is for breach of contract, breach of the duty of good faith in connection with an insurance policy delivered to Plaintiff by Frankenmuth, and the wrongful denial of coverage for a property loss claim occurring at the insured premises 426 W. Ludwig Rd., Ft. Wayne, IN 46825-4002 in January 2020 and made under said policy, described further herein.

### THE PARTIES

2.     Plaintiff, insured policyholder, PBE, is a corporation organized under the laws of the State of Indiana with its principal place of business located at 426 Ludwig Road, Ft. Wayne, IN 46825-4002.

3.     Upon information and belief, Defendant Frankenmuth Insurance Company, the named insurer on Plaintiff's insurance policy, is a corporation domiciled and organized under the laws of the State of Michigan, with its principal place of business located at 1 Mutual Avenue, Frankenmuth, MI 48787-0001.

### JURISDICTION AND VENUE

4.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) insofar as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different States.

5.     Venue is proper pursuant to 28 U.S.C. § 1391(b) insofar as the property that is the subject of this action is situated in Allen County, Indiana.

### FACTS COMMON TO ALL COUNTS

6.     Plaintiff operates its business and maintains its equipment in buildings and trailers located at 426 W. Ludwig Rd., Ft. Wayne, IN 46825-4002

7.     As part of its business operations, Plaintiff requires insurance coverage to insure against the risk of damage or loss to, or arising out of, its operations as a telecommunications engineering firm.

8.     On or about, December 3, 2019, Plaintiff purchased a Commercial Lines Policy from Frankenmuth, being Policy No. 6613266 with a policy period of January 1, 2020 to January 1, 2021 at 12:01 a.m. at a premium of $1,030.00 for the Covered Property ("the Policy"). *See* Ex. A,

for introductory pages of the Policy . The entire policy is over 100 pages long and too voluminous to attach to the Complaint. Defendant has a copy of the policy.

9.    The Policy was in full force and effect at all relevant times.PBE has purchased several policies from Frankenmuth over the years.

10.    The Policy was delivered to Plaintiff in the State of Indiana.

11.    Pursuant to the Policy, Frankenmuth agreed to pay for direct physical loss of or damage to the Covered Property as well as the Plaintiff's business personal property to which the insurance applied up to the limits provided by the Policy.

12.    At a point following issuance of the Policy, a theft occurred at PBE's business premises.

13.    As a result of this theft substantial engineering equipment of a highly specialized nature was stolen from PBE.

14.    As a result of this loss, PBE's ability to perform engineering projects has been severely impaired.

15.    Plaintiff made a timely claim for coverage for the covered loss to Defendant, claim number 000200062563-062 (hereinafter "the Claim") and otherwise complied with all policy conditions concerning obtaining coverage for the loss.

16.    On October 26, 2020, Frankenmuth wrongly denied Plaintiff's claim, which denial was communicated to Plaintiff by a letter from Melissa A. Robinson stating that coverage was not afforded for the loss. See Exhibit B.

## COUNT 1: BREACH OF CONTRACT

17.    Plaintiff incorporates all the foregoing paragraphs as if fully rewritten herein.

18.   Defendant Frankenmuth has breached its contractual obligation to Plaintiff by failing to pay Plaintiff's damages sustained as a result of the covered causes of loss sustained to its Covered Property arising out of the Loss occurring in or around January 10, 2020.

19.   As a result of Frankenmuth's breach of the Policy, Plaintiff has suffered direct and consequential damages.

20.   WHEREFORE, Plaintiff demands judgment against Frankenmuth Insurance Company of America in an amount in excess of $75,000.00, exclusive of interest and costs, plus attorney's fees, costs and expenses and for such other further relief as this Court finds proper as just.

## COUNT II: FAILURE TO ACT IN GOOD FAITH

21.   Plaintiff hereby incorporates all the foregoing allegations as if fully rewritten herein.

22.   Under Indiana law, Frankenmuth owed a duty to Plaintiff to act in good faith with respect to the Claim.

23.   Frankenmuth breached the duty owed to the Plaintiff in failing to fulfill the obligations as set out in the Policy.

24.   Frankenmuth breached its duty of good faith in evaluating and denying the Claim, by failing to make an informed judgment based on honesty and diligence and instead sought to protect its own interests throughout its investigation of the Claim.

25.   Frankenmuth has failed to act in good faith for many reasons including, but not limited to, failing to adjust the loss in a timely manner, failing to pay for covered loss and damage, wrongfully claiming that certain coverages do not exist, relying on exclusions and/or limitations not applicable, failing to act in good faith to its insured, for failing to keep the insured advised of the status of the claim as required by law and/or regulation, and failure to acknowledge and act as required by the Policy, by delaying the adjustment process, all among other things.

26.    As a result of Frankenmuth's failure to adjust the loss in good faith, Plaintiff has suffered damages including litigation costs and attorneys fees being hereby forced to institute litigation to recover amounts due under the Policy.

27.    WHEREFORE, Plaintiff demands judgment against Frankenmuth Insurance Company of America in an amount in excess of $75,000.00, exclusive of interest and costs, plus attorney's fees, costs and expenses, as well as interest on all damages incurred by Plaintiff, from the date on which Plaintiff's claim would have paid had Frankenmuth acted in good faith, and for such other further relief as this Court finds proper as just.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Frankenmuth Insurance Company of America in an amount in excess of $75,000.00, exclusive of interest and costs, plus attorney's fees, costs and expenses, as well as interest on all damages incurred by Plaintiff, from the date on which Plaintiff's claim would have paid had Frankenmuth acted in good faith, and for such other further relief as this Court finds proper as just.

*s/Percy Squire, Esq.* _____
Percy Squire (0022010)
Percy Squire Co., LLC
341 S. Third Street, Suite 10
Columbus, Ohio 43215
(614) 224-6528, Telephone
(614) 224-6529, Facsimile
Psquire@sp-lawfirm.com

## <u>JURY DEMAND</u>

Plaintiff hereby demands that all issues triable as of right to a jury be presented to a jury.


_s/Percy Squire, Esq._
Percy Squire (0022010)

EXHIBIT
A

1 MUTUAL AVENUE
FRANKENMUTH, MI
48787-0001


**Frankenmuth**
I N S U R A N C E

ACCOUNT **700001008326** POLICY **6613266** AGENT **0130085**

*RENEWAL*
# Declaration

PETERS BROADCAST ENGINEERING INC
426 W Ludwig Rd
Fort Wayne, IN 46825-4002


*Businessowner*
POLICY

## The DeHayes Group

Thank you for insuring your business with us.

This package includes important coverage details about your policy. Please review and file it for future reference.

**Why Frankenmuth Insurance?**

- Loss control consultants and safety services available
- Fast, fair claims service
- Frank and honest advice from your independent agent
- Financially sound - rated "A" (Excellent) by A.M. Best
- Providing peace of mind for over 150 years

**Go Green with e-Delivery**

Going green saves time, money and resources. Visit www.fmins.com/gogreen to activate.

**Stay Connected - Download our free Mobile App**

The Frankenmuth Insurance mobile app is available as a free download at the iTunes App Store and Google Play. The option to pay premiums with your bank account or credit card is available through the mobile app.

**Cyber Plus Coverage Now Available**

Every day there are increasing occurrences of cyber attacks on small and medium size businesses. Cyber Plus features eight must-have coverages that protect your business from exposures such as: loss of data, privacy breach, cyber extortion and terrorism.

**Claims Hours of Operation**

7:00 A.M. - 5:30 P.M. (ET) Monday - Thursday
8:00 A.M. - 5:30 P.M. (ET) Friday

Claims operators available 24/7
1-800-234-4433

**Billing Inquiries**
1-800-288-6121

**Make Your Payments Online**
Visit our website: www.fmins.com

PETERS BROADCAST ENGINEERING INC
426 W Ludwig Rd
Fort Wayne, IN 46825-4002

## Policyholder Disclosure
## Notice of Terrorism Insurance Coverage

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism.  As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**GEORGIA, ILLINOIS, MAINE, NORTH CAROLINA, WISCONSIN:** In these states, a terrorism exclusion makes an exception for, (and thereby provides coverage for,) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism and coverage for such fire losses will be provided in your policy.  If this is a renewal policy: **coverage will continue to be provided in your policy**. The additional premium just for such fire coverage is stated below. If you reject the offer described above for terrorism coverage, this premium is due.

**Acceptance or Rejection of Terrorism Insurance Coverage**

☐   I hereby elect to purchase terrorism coverage for a prospective premium of $ _____Waived_____ .

☐   I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no
    coverage for losses resulting from certified acts of terrorism.


_____        _____    _____
**Policyholder/Applicant's Signature**                            **Print Name**                        **Date**

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.

18191 (03 18)

# NOTICE TO POLICYHOLDERS

This is a summary of the major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Listed below are the areas within the policy that broaden, clarify, or reduce coverage.

**Retired 13032 Cyber and Information Protection Plus Policy is replaced with 16158 Cyber And Information Protection Plus Endorsement.**

**Broadening**
- Exclusion R and Exclusion X are removed.

**Clarifications**
- Declaration page was replaced with Schedule. The endorsement schedule displays policy aggregate limit and coverage sublimits. It also contains checkboxes for optional coverages. If optional coverage is selected, an "x" will appear in the box.
- Exclusion Y (formerly exclusion AA) is revised to include the term "business".
- Exclusion NN is changed removing all exceptions to the physical cause or natural peril to clarify intent.
- Definition of "Data" is revised to provide clarification. These changes are editorial and do not affect coverage.
- The term Notification was revised in all instances of that word where the defined term does not apply. These changes are editorial and do not affect coverage.
- Definition of "Coverage Period" replaces "Policy Period". Definition is revised to account for expiration of the policy to which the endorsement will attach.
- Other editorial changes were made that do not affect coverage.

**Restrictions**
- Added new Telephone Consumer Protection Act exclusion. The intent is for the exclusion to apply to the entire form. The exclusion also includes an exception for violations resulting from a security breach.
- The policy sublimit for PCI DSS coverage is amended for policies with aggregate limit of $500,000 or $1,000,000. Chart below displays new limits.

| Cyber And Information Plus Coverage | $500,000 Aggregate Option | $1,000,000 Aggregate Option |
|---|---|---|
| PCI DSS Assessment Coverage (All States) | $200,000 (New sublimit) | $250,000 (New sublimit) |
| PCI DSS Assessment Coverage (Vermont) | $100,000 (New sublimit) | $125,000 (New sublimit) |

# NOTICE TO POLICYHOLDERS

This is a summary of the major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Listed below are the areas within the policy that broaden, clarify, or reduce coverage.

***Employment Related Practices Liability Policy*** #02564 changed to ***Employment-Related Practices Liability Endorsement*** #16127 or ***Vermont – Employment-Related Practices Liability Endorsement*** #16133.

***Employment Related Practices Liability Policy with Third Party Coverage*** #11980 changed to ***Employment-Related Practices Liability with Third Party Coverage Endorsement*** #16152 or ***Vermont – Employment-Related Practices Liability with Third Party Coverage Endorsement*** #16151.

Clarifications:
- Declaration page was replaced by a Schedule on the coverage form.
- Coverage language was changed to provide coverages as an endorsement rather than a separate policy.
- Some exclusions and conditions were removed due to redundancies with the general liability policy.

Reduced Coverages:
- Revisions to form may reduce coverage.

## Notice To Policyholders
## Regarding Filing Complaints
## With The Department Of Insurance

**Questions regarding your policy or coverage should be directed to:**

**Frankenmuth Insurance**
**1-800-234-1133**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer, you may contact the Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

FM-518(9-05)

# Membership Information

**Mutual Insurance Company Conditions:**

The policyholder is a member of the Company and shall participate to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

**Non-Assessable:**

This policy is non-assessable and the premiums designated herein, and in the endorsements attached hereto, are the only premiums for which the insured shall be liable.

**Notice of Annual Meeting:**

The annual meeting of this company shall be held on the last Tuesday in April of each year, at 2:30 o'clock P.M. at its home office in Frankenmuth, Michigan, or in such other place as the Secretary may designate by advertisement and/or notice, duly posted at said office.

*President*

05671(7-10)

## Witness Clause

In Witness Whereof, the company has caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by duly authorized representatives of the company.

President

Secretary

08826(7-10)

| NAMED INSURED | ACCOUNT NO. | AGENT |
|---|---|---|
| PETERS BROADCAST ENG | 700001008326 | **0130085** |

**NAMED INSURED**
PETERS BROADCAST ENGINEERING INC
426 W Ludwig Rd
Fort Wayne, IN 46825-4002

*Renewal*
**Declaration**

**ISSUE DATE**
12/03/2019 at 10:42 AM

**AGENT**
The DeHayes Group
11118 Coldwater Road
Fort Wayne, IN 46845
**Phone:** (260) 424-5600 Agent: 0130085/0130085

**Insurer:** Frankenmuth Mutual Insurance Company

**LEGAL ENTITY**
Corporation

# Summary of Coverages and Premiums

*Premiums*

*This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment. In return for the payment of the premium, and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy.*

| COVERAGE PARTS | PREVIOUS POLICY NO. | POLICY NO. | POLICY TERM | PREMIUM |
|---|---|---|---|---|
| Businessowners | BOP6049780 | 6613266 | 01/01/2020 to 01/01/2021 12:00 AM | $1,030 |
| Premium for Terrorism Coverage | BOP6049780 | 6613266 | 01/01/2020 to 01/01/2021 12:01 AM | Waived |
| | | **Total Annual Premium** | | $1,030 |

*Policy Locations*

**1**
426 W Ludwig Rd
Fort Wayne, IN
Allen 46825-4002

# Billing Information

**PAYMENT PLAN**   12-Pay
**BILLING METHOD**   Direct Bill - A Statement of Account or Payment Schedule will be mailed to you.

**Payments and credits may be applied to all policies on the same billing account and may be applied from one policy term to another. Payment received for less than the billed amount may be pro-rated to each policy and may result in cancellation of all policies for nonpayment of premium.**

# Forms and Endorsements

*The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package. An asterisk (*) indicates a new or updated version is included in this package.*

| TITLE | FORM NUMBER | EDITION DATE |
|---|---|---|
| *Businessowners* | | |
| Businessowners Coverage Form | 07766 | 04-14* |
| Indiana Changes | BP0135 | 11-17* |

*Renewal*

*Businessowner Policy* *Page 2 of 2*

| NAMED INSURED | ACCOUNT NO. | AGENT |
|---|---|---|
| PETERS BROADCAST ENG | 700001008326 | **0130085** |

| TITLE | FORM NUMBER | EDITION DATE |
|---|---|---|
| Indiana Changes -- Workers' Compensation Exclusion | BP1445 | 12-10* |
| Indiana Changes - Amendment of Definition of Pollutants | 14078 | 01-17* |
| Indiana Changes -- Pollution Exclusion | BP1071 | 02-08* |
| Equipment Breakdown Coverage | 01532 | 02-12* |
| Calculation Of Premium | BP0501 | 07-02* |
| Disclosure Pursuant To Terrorism Risk Insurance Act | BP0515 | 01-15* |
| Cap On Losses From Certified Acts Of Terrorism | BP0523 | 01-15* |
| Business Income Unlimited Payroll Expenses | 00493 | 03-09* |
| Commercial Liability Plus | 09876 | 04-14* |
| Incidental Medical Malpractice Injury Endorsement | 94098 | 03-09* |
| Businessowners Computer Coverage | 94128 | 04-14* |
| Newly Acquired Organizations | BP0454 | 01-06* |
| Removal Of Insurance-To-Value Provision | BP0483 | 01-10* |
| Primary And Noncontributory - Other Insurance Condition | BP1488 | 07-13* |
| Additional Insured - Lessor Of Leased Equipment | BP0416 | 07-13* |
| Additional Insured - Designated Person Or Organization | BP0448 | 07-13* |
| Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | BP0450 | 07-13* |
| Additional Insured - Owners, Lesses or Contractors- Completed Operations | BP1402 | 07-13* |
| Limited Fungi Or Bacteria Coverage (Liability) | BP0578 | 01-10* |
| Absolute Asbestos Exclusion | 93068 | 01-17* |
| Lead Contamination Exclusion | 96210 | 01-17* |
| Comprehensive Business Liability Exclusion (All Hazards In Connection With Designated Premises Or Operations) | BP0401 | 01-06* |
| Exclusion - Silica Or Silica-Related Dust | BP0517 | 01-06* |
| Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) | BP0564 | 01-15* |
| Exclusion - Access or Disclosure of Confidential or Personal Information & Data - Related Liability - With Limited Bodily Injury Exception | BP1504 | 05-14* |
| Additional Insured - Owners, Lessees Or Contractors - Automatic Status When Required In Construction Agreement With You (Including Products-Completed Operations) | 18203 | 11-18* |
| Employment Related Practices Insurance Endorsement | 16127 | 01-17* |
| War Exclusion | 16153 | 01-17* |

87890(01-17)

## Notice To Policyholders

This Notice does not form a part of your insurance contract. The Notice is designed to advise you concerning the applicability and potential applicability of endorsements to your policy that address potential "terrorism" losses, as defined by the Terrorism Risk Insurance Act (TRIA).

Please read this Notice and your entire policy carefully, including all endorsements.

The Terrorism Risk Insurance Act of 2002, as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015 (TRIPRA 2015), provides for a program under which the federal government will share, with the insurance industry, in the payment of insured losses caused by certain Certified Acts of Terrorism. TRIPRA 2015 continued the federal Program by reauthorizing it, with changes, including extending the termination date from December 31, 2014 to December 31, 2020.

In the absence of affirmative U.S. Congressional action to reauthorize, extend, or otherwise update TRIPRA 2015, in whole or in part, the Program is currently scheduled to expire on December 31, 2020. Since the timetable for any further Congressional action regarding TRIPRA 2015 is presently unknown, while exposure to Certified Acts of Terrorism remains, this Notice to Policyholder is being provided to advise you that your Frankenmuth policy(ies) may be endorsed at renewal to address the potential termination of the federal Program at midnight on December 31, 2020.

Specifically, upon renewal, your policy(ies) may be endorsed with a Conditional Exclusion relating to disposition of the Federal Terrorism Risk Insurance Act, conditioned on whether the federal Program terminates at midnight on December 31, 2020. Thus, any such endorsement will not have any potential effect on your coverage, until after the termination of the federal Program, and then until such time that the Program is renewed, extended, or replaced by U.S. Congress.

No further response or action is required of you at this time.  Please direct any further questions or correspondence regarding this Notice to your agent.

EXHIBIT
B



INSURANCE

FRANKENMUTH MUTUAL INSURANCE CO.
ANSUR AMERICA INSURANCE CO.
PATRIOT LIFE INSURANCE CO.
PATRIOT INSURANCE CO.
CLAIMS DIVISION

October 26, 2020

## DECLINATION LETTER – CERTIFIED MAIL

Robert M. "Mike" Peters
Peters Broadcast Engineering, Inc.
426 W. Ludwig Rd.
Fort Wayne, IN 46825-4002

B

SUBJECT:    Insurer:              Frankenmuth Mutual Insurance Company
            Our Insured:          Peters Broadcast Engineering, Inc.
            Our Claim Number:     000200062563-062
            Date of Loss:         Unknown
            Policy Number:        6612366

Dear Mr. Peters:

We have reviewed your claim to Frankenmuth Mutual Insurance Company ("Frankenmuth") for insurance relating to the loss of certain tools and equipment from four travel trailers owned by Peters Broadcast Engineering, Inc. ("PBE"). Please allow this letter to serve as our response as it relates to any coverage obligation under the above policy issued to PBE in connection with this claim.

Frankenmuth has carefully reviewed the Policy, your sworn statement and related documents, and your testimony provided pursuant to an examination under oath in connection with this claim. Based upon this review, Frankenmuth regrets to inform you that it will not be able to provide coverage to PBE for the claimed losses.

The following sets forth our understanding of the claim, the relevant Policy language, the circumstances relating to the alleged losses, and the bases for our declination under the Frankenmuth Policy. By doing so, Frankenmuth is not waiving any defenses to coverage, but rather is specifically reserving any and all such rights available to it under the Policy and at law.

We understand that PBE installs telecommunications and broadcasting equipment. PBE claims that certain equipment and tools were discovered as "missing" from four travel trailers it used in connection with its various jobs and job locations. PBE claims that the missing items were the result of employee theft and submitted a claim for employee dishonesty in the amount of $42,445.98 calculated from inventory. PBE's submitted copies of receipts for many of the items it claims are missing, many dating back several years, or otherwise has provided quotes or website information for replacement items.

1 MUTUAL AVE.  FRANKENMUTH, MI  48787-0001
TEL: 800.234.1433 │ WWW.FMINS.COM │ FAX: 989.652.6231

PBE reports that it discovered that the items were missing on or about January 10, 2020. PBE during an inventory of the travel trailers, but does not know when the items actually disappeared, when they were last observed in the trailers, the full extent of contents of the trailers and all specific items that were missing, or by whom any of the items were taken. PBE did not submit a claim to Frankenmuth until March 6, 2020.

PBE did not file a police report regarding the missing items until April 2, 2020, and only did so upon Frankenmuth's recommendation. PBE reportedly suspects that former independent contractors Kevin Birchfield and/or Chris Smith may have had some involvement in the disappearance of the items. However, we understand that PBE does not have any evidence or proof that either individual stole any of the items reported as missing, and that PBE did not confront either individual about the missing items, or take any steps to prove their involvement or recover any of the items from either individual.

Frankenmuth issued a Businessowners Policy to Peters Broadcast Engineering, Inc. bearing policy number 6613266 ("Policy") for the period of January 1, 2020 to January 1, 2021. The Policy provides the following relevant terms:

**Business Owners Coverage Form** 07766 (04-14)

**SECTION I -- PROPERTY**

A.    **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1.    **Covered Property**

Covered Property includes Buildings as described under Paragraph a. below, Business Personal Property as described under Paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph 2. Property Not Covered.

a.    Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

(1)    Completed additions;

(2)    Fixtures, including outdoor fixtures;

(3)    Permanently installed:

    (a)    Machinery; and

    (b)    Equipment;

(4)    Your personal property in apartments, rooms or common areas furnished by you as landlord;

(5)    Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

2.    **Property Not Covered**

Covered Property does not include:

a.    Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b.    "Money" or "securities" except as provided in the:

(1)    Money and Securities Optional Coverage; or

(2)    Employee Dishonesty Optional Coverage;

4.    **Limitations**

a.    We will not pay for loss of or damage to:

(3)    Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

B.    **Exclusions**

    2.    We will not pay for loss or damage caused by or resulting from any of the following:

        f.    **Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    (1)    Acting alone or in collusion with others; or

    (2)    Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

G.    **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

    3.    **Employee Dishonesty**

        a.    We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees

acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

    (1)    Cause you to sustain loss or damage; and also

    (2)    Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

        (a)    Any employee; or

        (b)    Any other person or organization.

  b.    We will not pay for loss or damage:

    (1)    Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

    (2)    Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph a.), "managers" or directors:

        (a)    Whether acting alone or in collusion with other persons; or

        (b)    While performing services for you or otherwise.

    (3)    The only proof of which as to its existence or amount is:

        (a)    An inventory computation; or

        (b)    A profit and loss computation.

  c.    The most we will pay for loss or damage in any one occurrence is $2,500 unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

f.    This Optional Coverage is cancelled as to any employee immediately upon discovery by:

    (1)    You; or

    (2)    Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

j.    With respect to the Employee Dishonesty Optional Coverage in Paragraph G.3., employee means:

    (1)    Any natural person:

        (a)    While in your service or for 30 days after termination of service;

        (b)    Who you compensate directly by salary, wages or commissions; and

        (c)    Who you have the right to direct and control while performing services for you:

But employee does not mean:

    (1)    Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

The Property Coverage has general limits of liability of $20,000.00 for covered losses for Business Personal Property. The Policy separately provides optional property coverage for Employee Dishonesty with limits of liability of $50,000.00 for covered losses.

PBE claims that the missing items were the result of the theft or dishonest acts of Kevin Birchfield and/or Chris Smith. As a threshold matter, the Property Coverage provided by the Policy expressly excludes losses or damage resulting from the dishonest or criminal acts of PBE, anyone with an interest in the property, or any employees, authorized representatives, or anyone to whom PBE

entrusted the property for any purpose. Consequently, this coverage would not apply if Mr. Birchfield or Mr. Smith were involved in any theft of the items at issue.

Separately, the Policy provides optional Employee Dishonesty Coverage. Under that coverage Frankenmuth will pay for claims involving direct loss of or damage to Business Personal Property resulting from dishonest acts committed by any of PBE's employees, acting alone or in collusion with other persons. This requires that the theft or loss was done by "employees" with the manifest intent to cause PBE to sustain loss or damage, and also to obtain financial benefit for any employee or for any other person or organization.

In addition to the foregoing, any coverage under the foregoing is subject to important exclusions. Frankenmuth will not pay for any loss or damage that results from any dishonest or criminal act committed by any of PBE's employees whether acting alone or in collusion with other persons, or while performing services for PBE or otherwise. Further, Frankenmuth will not pay for any loss or damage where the only proof of which as to its existence or amount is an inventory computation or a profit and loss computation

Thus, under the Employee Dishonesty Coverage general dishonest acts are not covered unless the acts are by "employees," and those employees have a manifest intent to cause PBE to sustain loss and to obtain financial benefit from the act. Any covered damages based upon damage calculations from an inventory or profit/loss computation as the only proof of the missing items of amount are not covered under the Policy.

As a preliminary matter, "employee" as used in the Employee Dishonesty Coverage is defined to specifically exclude include any agent, independent contractor, or representative of the same general character. From the information provided and available, both Mr. Birchfield and Mr. Smith, who are suspected to have taken the tools and equipment at issue, were independent contractors rather than employees at the time of the alleged loss. Beyond this, even if these individuals were employees, there is no evidence or proof that either stole any of the missing items. Similarly, there is no evidence or proof that if either individual stole the items that either did so with the manifest intent to cause PBE to sustain loss or damage and to obtain financial benefit for themselves or someone else. Consequently, there presently is no coverage for PBE's claim under the Policy's Employee Dishonesty Coverage.

Beyond this, there also is no coverage for PBE's claims under coverage available for Business Personal Property ("BPP") presently based upon the information provided and available. Coverage for BPP is limited to property located in or on the buildings at the scheduled premises, or in the open or in a vehicle within 100 feet of the scheduled premises, identified in the Policy as 426 Ludwig Road, Fort Wayne, Indiana. PBE has not provided evidence demonstrating where the losses of the items occurred, specifically including verification that the alleged thefts occurred on-site or off-site. To the contrary, given the regular travel and off-premises locations of the trailers

to job sites throughout the country at the time prior to the reported loss. This, coupled with the unknown date or dates of loss, fail to implicate coverage for BPP.

The BPP coverage provided by the Policy is also subject to important exclusions. As discussed above, the Policy excludes losses or damage resulting from the dishonest or criminal acts of PBE, anyone with an interest in the property, or any of its employees, authorized representatives, or anyone to whom PBE entrusted the property for any purpose. Based upon the information provided, Mr. Birchfield and Mr. Smith would appear to fall within one or more of these categories even if not "employees" as defined in the Employee Dishonesty Coverage.

Additionally, Frankenmuth will not pay under the BPP coverage for loss of or damage to property that is "missing" where the only proof of the loss or damage is a shortage on taking inventory. Likewise, Frankenmuth will not pay for loss of or damage to property that is missing where there is no physical evidence to show what happened to the property. Aside from the absence of evidence that the losses occurred on or within 100 feet of the premises, the only evidence of the missing items is taken from an inventory without any other evidence demonstrating the existence of the missing items, that the claimed losses occurred, or what happened to any of the missing items. Consequently, notwithstanding the lack of BPP coverage as a threshold matter, PBE's claim would otherwise be excluded under the Policy.

In sum, Frankenmuth does not believe that any coverage is owed to PBE under the Policy in connection with its claim at this time. Accordingly, Frankenmuth will not be providing payment for any of the items or losses claimed. Should you have or receive new or additional information which you believe compels a different result, please forward to my attention and we will be happy to review. Please note, however, that Frankenmuth's willingness to review additional information should not be deemed or construed as a waiver of these or any other any other defense to coverage or a change in its position.

While we have sought to address pertinent coverage issues relating to your claim based upon available information, this letter should not be construed as an exhaustive listing of all applicable terms, provisions, conditions, definitions, exclusions, and endorsements that may apply to preclude coverage for your claim or any other claim under the Policy. Frankenmuth accordingly reserves all of its rights under the Policy and applicable law.

Thank you for your attention to this matter. Should you have any questions or wish to further discuss, please feel free to contact me at 800-234-4433.

Sincerely,

Melissa A. Robinson, AIC, AIS, API
Senior Claims Adjuster
Extension 2634

/rp